IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**KEITH ESKIN**                                                                                            **PLAINTIFF**

**v.**                       **CASE NO. 3:19-CV-00142-BSM**

**DAN RITCHEY**                                                                            **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 30th day of May 2019.

                                                              _____
                                                              UNITED STATES DISTRICT JUDGE